IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERENZO M. DELOACH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-cv-1082-MEF |
| | ) |
| COOPER LIGHTING, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On August 4, 2011, the Magistrate Judge filed a Recommendation (Doc. #37) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendant's Motions to Dismiss (Doc. #10 & #28) are DENIED as moot.

DONE this the 24th day of August, 2011.

                                                /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE